UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Ronald D. Kassover, on behalf oh himself
and all others similarly situated,
        Plaintiff(s),

   -against-

UBS AG and UBS Financial Services, Inc.,
        Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK)
              S.S.:
COUNTY OF NEW YORK)

JUDGE McKENNA

Index No. 08 CV 02753

AFFIDAVIT OF SERVICE

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 17th day of March 2008, at approximately 2:25 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon UBS Financial Services, Inc. at 299 Park Avenue, New York, NY 10171, by personally delivering and leaving the same with Nelson DeLaCruz, Contract Attorney, who informed deponent that he is an agent authorized by appointment to receive service at that address.

       Nelson DeLaCruz is a Hispanic male, approximately 35 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 190 pounds with bald head and brown eyes.

_(signature)_
HECTOR FIGUEROA #870141

Sworn to before me this
19th day of March, 2008

_(signature)_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___