*McKenna, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

RONALD D. KASSOVER,

      Plaintiff,

v.

UBS AG and UBS FINANCIAL SERVICES, INC.,

      Defendants.

**STIPULATION** *& ORDER*

Case No. 08-cv-02753 (LMM)

WHEREAS, on March 14, 2008, plaintiff Ronald D. Kassover ("Plaintiff") filed the Class Action Complaint (the "Complaint") in the above captioned matter.

WHEREAS, Plaintiff served the Complaint on March 17, 2008.

WHEREAS, in the absence of any stipulation between the parties, the date to answer, move to dismiss, or otherwise respond to the Complaint would be 20 days after service of the Complaint, or April 7, 2008.

WHEREAS, counsel for Plaintiff has indicated that Plaintiff intends to amend his Complaint.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and defendants UBS AG and UBS FINANCIAL SERVICES, INC. (collectively, "Defendants") as follows:

1. Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint is hereby stayed, and Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint.

2. Plaintiff shall file an Amended Complaint, and Defendants shall have 45 days from service of such Amended Complaint to answer, move to dismiss, or otherwise respond to the Amended Complaint.

LEGAL_US_W # 58508334.3



3. In the event that Defendants choose to move to dismiss the Amended Complaint, the parties will discuss a briefing schedule and submit a proposed schedule to the Court in advance of the response date to the Amended Complaint.

IT IS SO STIPULATED.

Dated: March 26, 2008

SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.

By: _____
/Samuel P. Sporn
Joel P. Laitman
Frank R. Schirripa
19 Fulton Street, Suite 406
New York, New York 10038
(212) 964-0046
*Counsel for Plaintiff Ronald Kassover*

Dated: March 27, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Keith W. Miller
Jonathan A. Choa
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6451

William F. Sullivan (*pro hac vice application to be filed*)
515 South Flower St.
Los Angeles, CA 90071
*Counsel for Defendants UBS AG and UBS Financial Services, Inc.*

IT IS SO ORDERED:

DATED: 3/28/08

_____
HON. LAWRENCE M. McKENNA