Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice application to be submitted)
Howard M. Privette (*Pro hac vice application to be submitted)
John S. Durrant (*Pro hac vice application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated, | Case No: 08-CV-02753 (LMM) |
| Plaintiff, | **MOTION TO ADMIT COUNSEL** |
| | ***PRO HAC VICE*** |
| v. | |
| UBS AG and UBS FINANCIAL SERVICES, INC., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of the United

States District Courts for the Southern and Eastern Districts of New York and upon the annexed

Declaration of Keith W. Miller, a member in good standing of the bar of this Court, the

accompanying Declarations of John S. Durrant, Howard M. Privette, William F. Sullivan, and

James D. Wareham, and the exhibits annexed hereto, the undersigned hereby moves this Court

for an Order allowing the admission *pro hac vice*, to argue or try this case in whole or in part as

counsel, of

> John S. Durrant
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 515 S. Flower Street
> Los Angeles, California
> (213) 683-6000
> (213) 627-0705
>
> Howard M. Privette
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 515 S. Flower Street
> Los Angeles, California
> (213) 683-6000
> (213) 627-0705
>
> William F. Sullivan
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 515 S. Flower Street
> Los Angeles, California
> (213) 683-6000
> (213) 627-0705
>
> James D. Wareham
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 875 15th Street, N.W.
> Washington, D.C. 20005
> (202) 551-1700

John S. Durrant, Howard M. Privette, and William F. Sullivan are members in good

standing of the Bar of the State of California. James D. Wareham is a member in good standing

of the Bar of the District of Columbia and the Bar of the State of Illinois.  There are no pending

disciplinary proceedings against John S. Durrant, Howard M. Privette, William F. Sullivan, or

James D. Wareham in any State or Federal court.


Dated: New York, New York          PAUL, HASTINGS, JANOFSKY &
       April 8, 2008                WALKER LLP



                                    By: _____
                                        Keith W. Miller
                                        75 East 55th Street
                                        New York, New York 10022
                                        (212) 318-6000

                                        *Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No: 08-CV-02753 (LMM)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

Upon due consideration and the Court being fully advised of the application of **John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham** to appear and participate *pro hac vice* as counsel for Defendant UBS AG and UBS Financial Services, Inc. in the above-referenced action, it is:

ORDERED that said Motion be and the same is hereby GRANTED.

This _____ day of April, 2008.

_____
Hon. Lawrence M. McKenna
United States District Judge

LEGAL_US_E # 78776682.1

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application to be submitted)
Howard M. Privette (*Pro hac vice* application to be submitted)
John S. Durrant (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated, | Case No: 08-CV-02753 (LMM) |
| Plaintiff, | |
| v. | **DECLARATION OF KEITH W. MILLER** |
| UBS AG and UBS FINANCIAL SERVICES, INC., | |
| Defendants. | |

       Pursuant to 28 U.S.C. § 1746 and Local Rule 1.10, Keith W. Miller hereby declares as follows:

       1.  I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for UBS AG and UBS Financial Services, Inc., defendants in these proceedings.  I submit this declaration in support of the motion, pursuant to Local

Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2.  I am a member in good standing of the bar of this Court.

3.  I have reviewed the declaration of John S. Durrant in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. John S. Durrant is fully familiar with the facts of this case.

4.  I have reviewed the declaration of Howard M. Privette in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. Howard M. Privette is fully familiar with the facts of this case.

5.  I have reviewed the declaration of William F. Sullivan in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. William F. Sullivan is fully familiar with the facts of this case.

6.  I have reviewed the declaration of James D. Wareham in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. James D. Wareham is fully familiar with the facts of this case.

7.   Upon the foregoing fact, I respectfully request that the Court grant the motion for

the admission *pro hac vice* of John S. Durrant, Howard M. Privette, William F.

Sullivan, and James D. Wareham to the bar of the United States District Court for

the Southern District of New York.

Dated: New York, New York
      April 8, 2008

By:_____

Keith W. Miller
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice application to be submitted)
Howard M. Privette (*Pro hac vice application to be submitted)
John S. Durrant (*Pro hac vice application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>      Defendants. | Case No: 08-CV-02753 (LMM)<br><br><br>   **DECLARATION OF**<br>   **JOHN S. DURRANT** |

Pursuant to 28 U.S.C. § 1746, John S. Durrant hereby declares as follows

  1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct. Signed under penalty of perjury this 3rd day of April, 2008.


Dated: April 3, 2008

_____

John S. Durrant
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street
Los Angeles, CA 90071
213.683.6000 (voice), 213.627.0705 (fax)



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                                    TELEPHONE: 888-800-3400

April 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN
STEPHEN DURRANT, #217345 was admitted to the practice of law in this
state by the Supreme Court of California on December 4, 2001; and has
been since that date, and is at date hereof, an ACTIVE member of the State
Bar of California; and that no recommendation for discipline for professional
or other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application to be submitted)
Howard M. Privette (*Pro hac vice* application to be submitted)
John S. Durrant (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No:  08-CV-02753 (LMM)<br><br>**DECLARATION OF HOWARD M. PRIVETTE** |

Pursuant to 28 U.S.C. § 1746, Howard M. Privette hereby declares as follows

    1.  I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4.  There are no pending disciplinary proceedings against me in any State or Federal court.

5.  Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct.  Signed under penalty of perjury this __3rd__ day of April, 2008.


Dated: April 3rd, 2008


Howard M. Privette
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street
Los Angeles, CA 90071
213.683.6000 (voice), 213.627.0705 (fax)

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

April 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HOWARD MILTON PRIVETTE, #137216 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application to be submitted)
Howard M. Privette (*Pro hac vice* application to be submitted)
John S. Durrant (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No:  08-CV-02753 (LMM)<br><br>**DECLARATION OF**<br>**WILLIAM F. SULLIVAN** |

Pursuant to 28 U.S.C. § 1746, William F. Sullivan hereby declares as follows

1.  I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct. Signed under penalty of perjury this 3rd day of April, 2008.

Dated: April 3rd, 2008

William F. Sullivan
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street
Los Angeles, CA 90071
213.683.6000 (voice), 213.627.0705 (fax)

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

April 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM
FRANCIS SULLIVAN, #078353 was admitted to the practice of law in this
state by the Supreme Court of California on December 21, 1977; and has
been since that date, and is at date hereof, an ACTIVE member of the State
Bar of California; and that no recommendation for discipline for professional
or other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan (*Pro hac vice* application to be submitted)
Howard M. Privette (*Pro hac vice* application to be submitted)
John S. Durrant (*Pro hac vice* application to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No: 08-CV-02753 (LMM)<br><br>**DECLARATION OF**<br>**JAMES D. WAREHAM** |

Pursuant to 28 U.S.C. § 1746, James D. Wareham hereby declares as follows

1.  I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificate of Good Standing from the District of Columbia Court of Appeals annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4.  As shown in the Certificate of Good Standing from the Supreme Court of Illinois annexed hereto I am a member in good standing of the Bar of the State of Illinois.

5.  There are no pending disciplinary proceedings against me in any State or Federal court.

6.  Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify that the foregoing is true and correct. Signed under penalty of perjury this 7ᵗʰ day of April, 2008.


Dated: April 7, 2008

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005
202.551-1700 (voice), 202.551-1705 (fax)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

        JAMES D. WAREHAM

was on the   25TH   day of    SEPTEMBER, 1987

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

                                        In Testimony Whereof, I have
                                        hereunto subscribed my name
                                        and affixed the seal of this
                                        Court at the City of
                                          Washington, D.C., on April
                                          1, 2008.

                                        GARLAND PINKSTON, JR., CLERK

                                        By: _____
                                               Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James D. Wareham

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, March 31, 2008.

*Juleann Hornyak*

Clerk

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served by hand this 8th day of April, 2008, a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice*; the Declarations of Keith W. Miller, John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham, and the exhibits annexed hereto, on the following:

> Samuel P. Sporn, Esq.
> Schoengold, Sporn, Laitman & Lometti, P.C.
> 19 Fulton Street, Suite 406
> New York, NY 10038

Jonathan A. Choa