Keith W. Miller
Jonathan A. Choa
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan
Howard M. Privette
John S. Durrant
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all other similarly situated,<br><br>                             Plaintiff,<br><br>                - against -<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>                            Defendants. | CASE NO: 08-CV-02753 (LMM)<br><br>**NOTICE OF RELATED CASES** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.6(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, counsel for defendants have filed a Notice of Related Case in relation to two new complaints filed in this District after this case was commenced on March 14, 2008. The two subsequent cases, *Chandler v. UBS AG, et al.*, Case No. 1:08-cv-02967 and *Sanchez v. UBS AG, et al.*, Case No. 1:08-cv-03082, are presently assigned to the Honorable Denise L. Cote.

For the reasons set forth in the Notices filed in the two new cases, defendants believe that the subsequently-filed *Chandler* and *Sanchez* cases should be transferred to the docket of the Honorable Lawrence M. McKenna, who is presiding over this first-filed action, so that these cases may be heard by the same judge in order to avoid unnecessary duplication of judicial effort.

Dated: New York, New York  
April 16, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: <u>Jonathan Choa /s/</u>
    Jonathan A. Choa

jonathanchoa@paulhastings.com  
Keith Miller  
keithmiller@paulhastings.com  
75 East 55th Street  
New York, New York 10022  
(212) 318-6000

James D. Wareham  
jameswareham@paulhastings.com  
875 15th Street, N.W.  
Washington, D.C. 20005  
(202) 551-1700

William F. Sullivan  
williamsullivan@paulhastings.com  
Howard M. Privette  
howardprivette@paulhastings.com  
John S. Durrant  
johndurrant@paulhastings.com  
515 S. Flower Street  
Los Angeles, California  
(213) 683-6000

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served via UPS overnight a true and correct copy of the foregoing Notice of Related Case this 16th day of April, 2008, on the following:

Samuel P. Sporn, Esq.
Schoengold, Sporn, Laitman & Lometti, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

Jonathan K. Levine, Esq.
Girard Gibbs LLP
601 California St., 14th Floor
San Francisco, CA 94108

Eduard Korsinsky, Esq.
Levi Korsinsky, LLP
39 Broadway, Suite 1601
New York, NY 10006

Christopher A. Seeger, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Norman E. Siegel, Esq.
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

_____
Jonathan A. Choa