Case 1:08-cv-02753-LMM   Document 5   Filed 04/09/2008   Page 4 of 21

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD D. KASSOVER, on behalf of himself and all others similarly situated,

                Plaintiff,

v.

UBS AG and UBS FINANCIAL SERVICES, INC.,

                Defendants.

Case No: 08-CV-02753 (LMM)

[PROPOSED] ORDER
GRANTING MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

---

Upon due consideration and the Court being fully advised of the application of **John S. Durrant, Howard M. Privette, William F. Sullivan, and James D. Wareham** to appear and participate *pro hac vice* as counsel for Defendant UBS AG and UBS Financial Services, Inc. in the above-referenced action, it is:

    ORDERED that said Motion be and the same is hereby GRANTED.

    This __16__ day of April, 2008.

                                                  _____
                                                  Hon. Lawrence M. McKenna
                                                  United States District Judge