Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan
Howard M. Privette
John S. Durrant
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> - against -<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>      Defendants. | CASE No.: 1:08-CV-02753 (LMM)<br><br>**DEFENDANTS' DISCLOSURE STATEMENT**<br>**(Fed. R. Civ. P. 7.1)** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants UBS AG and UBS Financial Services, Inc. in the above-captioned action hereby identifies the following parent corporations and/or publicly-held corporations that own 10% or more of its stock:

1. **UBS AG**. UBS AG is a publicly-traded limited company formed under the laws of Switzerland.

2. **UBS Financial Services Inc**. UBS Financial Services Inc. is a corporation formed under the laws of Delaware. It is a 100% owned subsidiary of UBS AG.

Dated: Los Angeles, California  
May 7, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ William F. Sullivan  
William F. Sullivan

williamsullivan@paulhastings.com  
Howard M. Privette  
howardprivette@paulhastings.com  
John S. Durrant  
johndurrant@paulhastings.com  
515 S. Flower Street  
Los Angeles, California  
(213) 683-6000

Keith W. Miller  
keithmiller@paulhastings.com  
75 East 55th Street  
New York, New York 10022  
(212) 318-6000

James D. Wareham  
jameswareham@paulhastings.com  
875 15th Street, N.W.  
Washington, D.C. 20005  
(202) 551-1700

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Jonathan A. Choa, a member of the bar of this Court and associated with the firm of Paul, Hastings, Janofsky & Walker LLP do hereby certify that on May 8, 2008, a true and correct copy of the foregoing Defendants' Disclosure Statement were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

_____
Jonathan A. Choa