Keith W. Miller
Jonathan A. Choa
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan
Howard M. Privette
John S. Durrant
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD D. KASSOVER, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | CASE NO: 08-CV-02753 (LMM)<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.6(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, counsel for Defendant UBS Financial Services, Inc. has filed a Notice of Related Case in relation to a new complaint filed in this District after this case was commenced on March 14, 2008. The subsequent case, *Bonnist v. UBS AG, UBS Securities LLC, and UBS Financial Services, Inc.*, Case No., 1:08-cv-4352 is presently unassigned.

For the reasons set forth in the Notice filed in the new case, Defendant UBS Financial Services, Inc. believes that the subsequently-filed *Bonnist* case should be transferred to the docket of the Honorable Lawrence M. McKenna, who is presiding over this first-filed action and two other subsequently filed and related actions, *Chandler v. UBS AG, et al.*, Case No. 1:08-cv-02967, and *Sanchez v. UBS AG, et al.*, Case No. 1:08-cv-03082, so that these cases may be heard by the same judge to avoid unnecessary duplication of judicial effort.

Dated: New York, New York  
May 15, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: <u>Jonathan Choa /s/</u>  
    Jonathan A. Choa

jonathanchoa@paulhastings.com  
Keith Miller  
keithmiller@paulhastings.com  
75 East 55th Street  
New York, New York 10022  
(212) 318-6000

James D. Wareham  
jameswareham@paulhastings.com  
875 15th Street, N.W.  
Washington, D.C. 20005  
(202) 551-1700

William F. Sullivan  
williamsullivan@paulhastings.com  
Howard M. Privette  
howardprivette@paulhastings.com  
John S. Durrant  
johndurrant@paulhastings.com  
515 S. Flower Street  
Los Angeles, California  
(213) 683-6000

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I, Jonathan A. Choa, a member of the bar of this Court and associated with the firm of Paul, Hastings, Janofsky & Walker LLP do hereby certify that on May 15, 2008, a true and correct copy of the foregoing Notice of Related Case was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

_____
Jonathan A. Choa