UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
In re UBS AUCTION RATE SECURITIES   )
LITIGATION                          )
                                    )   Master File No. 08-cv-02967
                                    )
THIS DOCUMENT RELATES TO:           )
ALL ACTIONS                         )
———————————————————————x

[*additional captions follow*]


**NOTICE OF MOTION OF ARIC A. STREIT AND MARY STREIT, AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST, FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**


**MILBERG LLP**
Jerome M. Congress (JC-2060)
Kent A. Bronson (KB-4906)
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone:   (212) 594-5300
Facsimile:   (212) 868-1229
jcongress@milberg.com
kbronson@milberg.com

**MILBERG LLP**
Jeff S. Westerman (not yet admitted *pro hac vice*)
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone:   (213) 617-1200
Facsimile:   (213) 617-1975
jwesterman@milberg.com

**LAW OFFICES OF GEORGE A. SHOHET, A PROFESSIONAL CORPORATION**
George A. Shohet (not yet admitted *pro hac vice*)
245 Main Street, Suite 310
Venice, California 90291
Telephone:   (310) 452-3176
Facsimile:   (310) 452-2270
georgeshohet@gmail.com

*Proposed Co-Lead Counsel for the Class*

——————————————————————x
RANDOLPH BONNIST, Individually and On )
Behalf Of Himself And All Others Similarly )
Situated, )
 )
      Plaintiff, ) Case No. 08-cv-4352
 )
 vs. )
 )
UBS AG, UBS SECURITIES LLC and UBS )
FINANCIAL SERVICES, INC., )
 )
      Defendants. )
 )
——————————————————————x
RONALD D. KASSOVER, on behalf of himself )
and all others similarly situated, )
 )
      Plaintiff, )
 ) Case No. 08-cv-02753
 vs. )
 )
UBS AG and UBS FINANCIAL SERVICES, )
INC., )
 )
      Defendants. )
 )
 )
——————————————————————x

PLEASE TAKE NOTICE that Aric A. Streit and Mary Streit, as Trustees for the Benefit of The Streit Living Trust ("Movants"), by their counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York for an Order: (i) consolidating *Bonnist v. UBS AG*, No. 1:08-CV-4352 (LMM) (S.D.N.Y. filed May 8, 2008) and *Kassover v. UBS AG*, No. 1:08-cv-3082 with *In re UBS Auction Rate Securities Litigation*, Master File No. 08-CV-02967 (LMM) for all purposes pursuant to the Stipulation and Order of Consolidation of Related Cases entered on May 16, 2008 and Fed. R. Civ. P. 42(a); (ii) appointing Aric A. Streit and Mary Streit as Trustees for the Benefit of The Streit Living Trust as Lead Plaintiffs in the actions alleging violations of the securities laws, *In re UBS Auction Rate Securities Litigation*, Master File No. 08-CV-02967 (LMM) and *Bonnist v. UBS AG*, No. 1:08-CV-4352 (LMM) (S.D.N.Y. filed May 8, 2008) (collectively the "Securities Actions"); (iii) approving Movants' selection of the law firms of Milberg LLP ("Milberg") and Law Offices of George A. Shohet, A Professional Corporation ("Shohet") to serve as Co-Lead Counsel in the Securities Actions; (iv) appointing Milberg and Shohet as Interim Co-Lead Counsel with respect to the Investment Advisers Act claim pursuant to Fed. R. Civ. P. 23(g)(2)(A); and (v) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movants submit herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Kent A. Bronson, dated May 20, 2008.

Dated: May 20, 2008                    Respectfully submitted,

**MILBERG LLP**

By: /s/ Kent A. Bronson
Jerome M. Congress (JC-2060)
Kent A. Bronson (KB-4906)
One Pennsylvania Plaza, 49th Floor
New York, New York 10119

Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229
jcongress@milberg.com
kbronson@milberg.com

**MILBERG LLP**
Jeff S. Westerman (not yet admitted *pro hac vice*)
300 South Grand Avenue -- Suite 3900
Los Angeles, California 90071
Telephone:    (213) 617-1200
Facsimile:    (213) 617-1975
jwesterman@milberg.com

**LAW OFFICES OF GEORGE A. SHOHET, A PROFFESIONAL CORPORATION**
George A. Shohet (not yet admitted *pro hac vice*)
245 Main Street, Suite 310
Venice, California 90291
Telephone:    (310) 452-3176
Facsimile:    (310) 452-2270
georgeshohet@gmail.com

*Proposed Co-Lead Counsel for the Class*

**KREINDLER & KRIENDLER LLP**
Gretchen M. Nelson (not yet admitted *pro hac vice*)
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA  90017
Telephone:    (213) 622-6469
Facsimile:    (213) 622-6019
Gnelson@kreindler.com

*Other Counsel for Movants*

4

## **CERTIFICATE OF SERVICE**

I, Todd L. Kammerman, an associate at the law firm Milberg LLP, hereby certify that I caused a true and correct copy of the following documents to be served with the Clerk of the Court using the CM/ECF system, which will send notifications of filing to the CM/ECF participants listed on the attached Service List, and caused all counsel listed on the Service List to be served by regular U.S. Mail on this 20th day of May 2008:

1. NOTICE OF MOTION OF ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL;

2. [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL;

3. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL; AND

4. DECLARATION OF KENT A. BRONSON IN SUPPORT OF THE MOTION OF ARIC A. STREIT AND MARY STREIT AS TRUSTEES FOR THE BENEFIT OF THE STREIT LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL.

*s/ Todd L. Kammerman*
Todd L. Kammerman

# UBS AG

## Service List

*Counsel for Plaintiffs*

Samuel P. Sporn
Joel P. Laitman
Frank R. Schirripa
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038
Tel.: (212) 964-0046
Fax: (212) 267-8137

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Jonathan K. Levine
Daniel C. Girard
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel.: (415) 981-4800
Fax: (415) 981-4846

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7100
Fax: (816) 714-7101

Eduard Korsinsky
Joseph E. Levi
Juan E. Monteverde
**LEVI & KORSINSKY, LLP**
39 Broadway, Suite 1601
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171

Joe R. Whatley
Edith M. Kallas
Joseph P. Guglielmo
**WHATLEY, DRAKE & KALLAS, LLC**
1540 Broadway, 37th Floor
New York, NY 10036
Tel.: (212) 447-7070
Fax: (212) 447-7077

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel.: (314) 725-7700
Fax: (314) 721-0905

Edward M. Gergosian
**GERGOSIAN & GRALEWSKI LLP**
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel.: (619) 237-9500
Fax: (619) 237-9555

| | |
|---|---|
| A. Hoyt Rowell III<br>Daniel O. Myers<br>T. Christopher Tuck<br>**RICHARDSON, PATRICK, WESTBROOK, BRICKMAN, LLC**<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 727-6500<br>Fax: (843) 216-6509 | George Carpinello<br>**BOIES, SCHILLER & FLEXNER, LLP**<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Tel.: (518) 434-0600 |

*Counsel for Defendants*

| | |
|---|---|
| Keith W. Miller<br>**PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>75 East 55th Street<br>New York, NY 10022<br>Tel.: (212) 318-6000 | James D. Wareham<br>**PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 551-1700 |

William F. Sullivan
Howard M. Privette
John S. Durrant
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
515 S. Flower Street
Los Angeles, CA 90071
Tel.: (213) 683-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x
In re UBS AUCTION RATE SECURITIES    )
LITIGATION                           )
                                     )   Master File No. 08-cv-02967
                                     )
THIS DOCUMENT RELATES TO:            )
ALL ACTIONS                          )
―――――――――――――――――――――――――x

[*additional captions follow*]

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

DOCS\435445v1

|  |  |
|---|---|
| ───────────────────────────────────x | |
| RANDOLPH BONNIST, Individually and On Behalf Of Himself And All Others Similarly Situated, | ) ) ) |
|  | ) |
| Plaintiff, | ) Case No. 08-cv-4352 |
|  | ) |
| vs. | ) |
|  | ) |
| UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC., | ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| ───────────────────────────────────x | |
| RONALD D. KASSOVER, on behalf of himself and all others similarly situated, | ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No. 08-cv-02753 |
| vs. | ) |
|  | ) |
| UBS AG and UBS FINANCIAL SERVICES, INC., | ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
| ───────────────────────────────────x | |

Upon consideration of the motions and supporting papers for consolidation, appointment of lead plaintiffs and co-lead counsel in the above-captioned action and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion of Aric A. Streit and Mary Streit as trustees for the benefit of The Streit Living Trust is GRANTED;

2. *Bonnist v. UBS AG*, No. 1:08-CV-4352 (LMM) (S.D.N.Y. filed May 8, 2008) and *Kassover v. UBS AG*, No. 1:08-cv-3082 are hereby CONSOLIDATED with *In re UBS Auction Rate Securities Litigation*, Master File No. 08-CV-02967 (LMM) for all purposes pursuant to the Stipulation and Order of Consolidation of Related Cases entered on May 16, 2008 and Fed. R. Civ. P. 42(a);

3. Aric A. Streit and Mary Streit as trustees for the benefit of The Streit Living Trust are hereby APPOINTED to serve as Lead Plaintiffs in the actions alleging violations of the securities laws, *In re UBS Auction Rate Securities Litigation*, Master File No. 08-CV-02967 (LMM) and *Bonnist v. UBS AG*, No. 1:08-CV-4352 (LMM) (S.D.N.Y. filed May 8, 2008) (collectively the "Securities Actions"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4. The law firms of Milberg LLP ("Milberg") and Law Offices of George A. Shohet, A Professional Corporation ("Shohet") are hereby APPOINTED to serve as Co-Lead Counsel for the Class in the Securities Actions, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

     5.     The law firms of Milberg and Shohet are hereby APPOINTED as Interim Co-Lead Counsel with respect to the Investment Advisers Act claim pursuant to Fed. R. Civ. P. 23(g)(2)(A).

SO ORDERED.

Dated: _____, 2008        _____
                                            United States District Judge