UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES           :
STEPHEN M. MITTMAN, RONALD E.             :     No.   08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE           :
ELLIOTT, RITA TUBIS and HELENA TUBIS      :     ECF CASE
on behalf of themselves and all others similarly :
situated,                                 :
                                          :     **MOTION TO ADMIT**
                  Plaintiff,              :     **COUNSEL PRO HAC VICE**
                                          :
            v.                            :
                                          :
UBS AG and UBS FINANCIAL SERVICES, INC.,  :
                                          :
                  Defendants.             :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, FRANK R. SCHIRRIPA, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Elizabeth K. Tripodi, Esq.
    Finkelstein Thompson, LLP
    1050 30th Street, NW
    Washington, D.C. 20007
    Tel.: 202-337-8000
    Fax: 202-337-8090

    Elizabeth K. Tripodi is a member in good standing of the Bar of the District of Columbia and the

State of Virginia. There are no pending disciplinary proceedings against Elizabeth K. Tripodi in any State

or Federal court.

Dated:    New York, New York           Respectfully submitted,
               June 10, 2008

                                               **SCHOENGOLD SPORN LAITMAN &**
                                               **LOMETTI , P.C.**

                                               _____
                                               Frank R. Schirripa (FS-1960)
                                               19 Fulton Street, Suite 406

                                        New York, New York 10038
Telephone: (212) 964-0046
Facsimile (212) 267-8137

*Attorneys for Plaintiffs in*
*Kassover, et al. v. UBS AG, et al.*

<u>Of Counsel</u>:

**FINKELSTEIN THOMPSON, LLP**
    Burton H. Finkelstein, Esq.
    Donald J. Enright, Esq.
    Michael G. McLellen, Esq.
    Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis*
*and Helena Tubis, Named Plaintiffs*
*in Kassover, et al. v. UBS AG, et al.*

Case 1:08-cv-02753-LMM-KNF   Document 17   Filed 06/11/2008   Page 3 of 11



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ELIZABETH K. TRIPODI

was on the 4TH day of FEBRUARY, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 2, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



This is to certify that **ELIZABETH KATHLEEN TRIPODI** is an active member of the Virginia State Bar in good standing. **MS. TRIPODI** was licensed to practice law in Virginia on **OCTOBER 12, 2006**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Karen A. Gould
Executive Director and
Chief Operating Officer

Issued June 3, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RONALD D. KASSOVER, CHRIS JONES  
STEPHEN M. MITTMAN, RONALD E.  
KLOKKE, JAN SCHNEIDER, MARJORIE  
ELLIOTT, RITA TUBIS and HELENA TUBIS  
on behalf of themselves and all others similarly  
situated,

     Plaintiff,

  v.

MORGAN STANLEY AND MORGAN  
STANLEY & CO., INC,

     Defendants.

------------------------------------------------------------x

No.   08-cv-02753 (LMM)

ECF CASE

**DECLARATION OF FRANK R. SCHIRRIPA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

FRANK R. SCHIRRIPA, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Schoengold Sporn Laitman & Lometti, P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Elizabeth K. Tripodi as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Elizabeth K. Tripodi since March 2008.

4. Ms. Tripodi is an associate attorney with Finkelstein Thompson, LPP in Washington, D.C.

5.  I have found Ms. Tripodi to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Elizabeth K. Tripodi, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Elizabeth K. Tripodi, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Elizabeth K. Tripodi, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I hereby declare under the laws of the United States, and under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: June 10, 2008

_____
Frank R. Schirripa

Case 1:08-cv-02753-LMM-KNF   Document 17   Filed 06/11/2008   Page 8 of 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES       :
STEPHEN M. MITTMAN, RONALD E.         :      No.     08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE       :
ELLIOTT, RITA TUBIS and HELENA TUBIS  :      ECF CASE
on behalf of themselves and all others similarly :
situated,                             :
                                      :
                                      :      **PROPOSED ORDER TO ADMIT**
             Plaintiff,               :      **COUNSEL PRO HAC VICE**
                                      :
       v.                             :
                                      :
UBS AG and UBS FINANCIAL SERVICES, INC., :
                                      :
             Defendants.              :
-----------------------------------------------------------------x

      Upon the motion of attorney for and said sponsor attorney's affidavit in support; **IT IS HEREBY**

**ORDERED** that

          Elizabeth K. Tripodi, Esq.
          Finkelstein Thompson, LLP
          1050 30th Street, NW
          Washington, D.C. 20007
          Tel.: 202-337-8000
          Fax: 202-337-8090
          Email: etripodi@finkelsteinthompson.com

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
      New York, New York

                                                         _____
                                                  United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES : 
STEPHEN M. MITTMAN, RONALD E. :  No.   08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE :
ELLIOTT, RITA TUBIS and HELENA TUBIS :  ECF CASE
on behalf of themselves and all others similarly :
situated, :
 :  **CERTIFICATE OF SERVICE**
        Plaintiff, :
 :
    v. :
 :
UBS AG and UBS FINANCIAL SERVICES, INC., :
 :
        Defendants. :
------------------------------------------------------------x

I, Frank R. Schirripa, Esq., one of the counsel for Plaintiffs in the above-referenced action, hereby certify that on June 10, 2008, I sent by first-class mail a true and correct copy of Plaintiffs' Motion to Admit Elizabeth K. Tripodi Pro Hac Vice with the requisite supporting documents to the following counsel listed below:

**PAUL, HASTINGS, JANOGSKY &
WALKER, LLP**

Keith W. Miller
Jonathan A. Choa
75 East 55th Street
New York, NY 10022
Tel.: (212) 318-6451
Fax: (212) 230-7604

William F. Sullivan
515 South Flower St.
Los Angeles, CA 90071
Tel. (213) 683-6000
Fax (213) 996-3252

*Attorneys for Defendants UBS AG and
UBS Financial Services, Inc.*

**FINKELSTEIN THOMPSON, LLP**
   Burton H. Finkelstein, Esq.
   Donald J. Enright, Esq.
   Michael G. McLellen, Esq.
   Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis and Helena Tubis, Named Plaintiffs in Kassover, et al. v. UBS AG, et al.*

_____
Frank R. Schirripa