UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES : 
STEPHEN M. MITTMAN, RONALD E. : No.   08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE :
ELLIOTT, RITA TUBIS and HELENA TUBIS : ECF CASE
on behalf of themselves and all others similarly :
situated, :
: **MOTION TO ADMIT**
Plaintiff, : **COUNSEL PRO HAC VICE**
:
v. :
:
UBS AG and UBS FINANCIAL SERVICES, INC., :
:
Defendants. :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, FRANK R. SCHIRRIPA, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Michael G. McLellan, Esq.
    Finkelstein Thompson, LLP
    1050 30th Street, NW
    Washington, D.C. 20007
    Tel.: 202-337-8000
    Fax: 202-337-8090

Michael G. McLellan is a member in good standing of the Bar of the District of Columbia. There

are no pending disciplinary proceedings against Michael G. McLellan in any State or Federal court.

Dated:    New York, New York    Respectfully submitted,
          June 10, 2008

                                    **SCHOENGOLD SPORN LAITMAN &**
                                    **LOMETTI , P.C.**

                                    Frank R. Schirripa (FS-1960)
                                    19 Fulton Street, Suite 406
                                    New York, New York 10038
                                    Telephone: (212) 964-0046

        Facsimile (212) 267-8137

*Attorneys for Plaintiffs in*
*Kassover, et al. v. UBS AG, et al.*

<u>Of Counsel</u>:

**FINKELSTEIN THOMPSON, LLP**
    Burton H. Finkelstein, Esq.
    Donald J. Enright, Esq.
    Michael G. McLellen, Esq.
    Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis*
*and Helena Tubis, Named Plaintiffs*
*in Kassover, et al. v. UBS AG, et al.*



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL G. MCLELLAN

was on the 4TH day of OCTOBER, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 2, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES  :
STEPHEN M. MITTMAN, RONALD E.    :   No.   08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE  :
ELLIOTT, RITA TUBIS and HELENA TUBIS  :   ECF CASE
on behalf of themselves and all others similarly  :
situated,                        :
                                 :
          Plaintiff,    :
                                 :
          v.            :   **DECLARATION OF FRANK**
                                 :   **R. SCHIRRIPA IN SUPPORT OF**
UBS AG and UBS FINANCIAL SERVICES  :   **MOTION TO ADMIT COUNSEL**
INC.,                            :   **PRO HAC VICE**
                                 :
          Defendants.   :
------------------------------------------------------------x

FRANK R. SCHIRRIPA, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Schoengold Sporn Laitman & Lometti, P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael G. McLellan as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael G. McLellan since March 2008.

4. Mr. McLellan is an associate attorney with Finkelstein Thompson, LPP in Washington, D.C.

5. I have found Mr. McLellan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael G. McLellan, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael G. McLellan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael G. McLellan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I hereby declare under the laws of the United States, and under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: June 10, 2008

_____
Frank R. Schirripa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES :
STEPHEN M. MITTMAN, RONALD E. : No.   08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE :
ELLIOTT, RITA TUBIS and HELENA TUBIS : ECF CASE
on behalf of themselves and all others similarly :
situated, :
 :
              Plaintiff, : **PROPOSED ORDER TO ADMIT**
 : **COUNSEL PRO HAC VICE**
 :
         v. :
 :
UBS AG and UBS FINANCIAL SERVICES, INC., :
 :
              Defendants. :
---------------------------------------------------------------x

Upon the motion of attorney for and said sponsor attorney's affidavit in support; **IT IS HEREBY**

**ORDERED** that

      Michael G. McLellan, Esq.
      Finkelstein Thompson, LLP
      1050 30th Street, NW
      Washington, D.C. 20007
      Tel.: 202-337-8000
      Fax: 202-337-8090
      Email: mmclellan@finkelsteinthompson.com

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
      New York, New York

                                               _____
                                               United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES :
STEPHEN M. MITTMAN, RONALD E. : No.   08-cv-02753 (LMM)
KLOKKE, JAN SCHNEIDER, MARJORIE :
ELLIOTT, RITA TUBIS and HELENA TUBIS : ECF CASE
on behalf of themselves and all others similarly :
situated, :
: **CERTIFICATE OF SERVICE**
              Plaintiff, :
:
v. :
:
UBS AG and UBS FINANCIAL SERVICES, INC., :
:
              Defendants. :
-----------------------------------------------------------x

I, Frank R. Schirripa, Esq., one of the counsel for Plaintiffs in the above-referenced action, hereby certify that on June 10, 2008, I sent by first-class mail a true and correct copy of Plaintiffs' Motion to Admit Michael G. McLellan Pro Hac Vice with the requisite supporting documents to the following counsel listed below:

**PAUL, HASTINGS, JANOGSKY &
WALKER, LLP**

Keith W. Miller
Jonathan A. Choa
75 East 55th Street
New York, NY 10022
Tel.: (212) 318-6451
Fax: (212) 230-7604

William F. Sullivan
515 South Flower St.
Los Angeles, CA 90071
Tel. (213) 683-6000
Fax (213) 996-3252

*Attorneys for Defendants UBS AG and
UBS Financial Services, Inc.*

**FINKELSTEIN THOMPSON, LLP**
   Burton H. Finkelstein, Esq.
   Donald J. Enright, Esq.
   Michael G. McLellen, Esq.
   Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis and Helena Tubis, Named Plaintiffs in Kassover, et al. v. UBS AG, et al.*

_/s/ Frank R. Schirripa_
Frank R. Schirripa