UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
RONALD D. KASSOVER, CHRIS JONES
STEPHEN M. MITTMAN, RONALD E.
KLOKKE, JAN SCHNEIDER, MARJORIE
ELLIOTT, RITA TUBIS and HELENA TUBIS
on behalf of themselves and all others similarly
situated,

          Plaintiff,

    v.

UBS AG and UBS FINANCIAL SERVICES, INC.,

          Defendants.
---------------------------------------------------------x

No.   08-cv-02753 (LMM)

ECF CASE

~~PROPOSED~~ ORDER TO ADMIT
COUNSEL PRO HAC VICE

Upon the motion of attorney for and said sponsor attorney's affidavit in support; **IT IS HEREBY**

**ORDERED** that

    Elizabeth K. Tripodi, Esq.
    Finkelstein Thompson, LLP
    1050 30th Street, NW
    Washington, D.C. 20007
    Tel.: 202-337-8000
    Fax: 202-337-8090
    Email: etripodi@finkelsteinthompson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   6/12/08
        New York, New York

                                                                                       ~~United States District~~
                                                                                    U.S.D.J.