Keith W. Miller
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

William F. Sullivan
Howard M. Privette
John S. Durrant
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Los Angeles, California
(213) 683-6000

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD D. KASSOVER, *et al.* on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>                              Defendants. | Case No: 08-CV-02753 (LMM) (KNF)<br><br>**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY** |

## NOTICE OF MOTION FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure ("Rule 26"), defendants UBS AG and UBS Financial Services Inc. ("Defendants") hereby move for a limited protective order staying all discovery until the resolution of forthcoming motions to dismiss in a factually related case which is subject to the automatic discovery stay of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In the alternative, Defendants move under Rule 26 for a limited stay of all discovery until the Court rules upon Defendants' forthcoming case dispositive motion to dismiss the Amended Class Action Complaint in this action. If the aforementioned relief is not granted, Defendants move under Rule 26 to stay discovery at least until the pending motions to consolidate, transfer, and coordinate this action with related cases subject to the PSLRA are ruled upon.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Law, all supporting papers, all other pleadings and papers on file in this action, and such other arguments and papers as may be permitted by the Court. The hearing on this Motion will be heard on a date and time to be set by the Court before the Honorable Kevin N. Fox, United States Magistrate Judge, located at the United States Courthouse, United States District Court Southern District of New York, Room 540, 500 Pearl Street, New York, New York.

**PLEASE TAKE FURTHER NOTICE THAT**, on June 11, 2008, the Honorable Lawrence M. McKenna waived the requirement that Defendants request an informal conference regarding discovery disputes before filing a motion pursuant to Rule 26. *See* S.D.N.Y. Civ. R. 37.2. Additionally, pursuant to Rule 26(c)(1), the undersigned counsel certifies that Defendants' counsel and opposing counsel, in good faith, conferred telephonically on June 17, 2008. The parties were unable to resolve the discovery dispute during the telephonic conference.

1

2

| | |
|---|---|
| Dated: Los Angeles, California<br>June 27, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>By:_____/s/_____<br>WILLIAM F. SULLIVAN<br><br>williamsullivan@paulhastings.com<br>Howard M. Privette<br>howardprivette@paulhastings.com<br>John S. Durrant<br>johndurrant@paulhastings.com<br>515 S. Flower Street<br>Los Angeles, California<br>(213) 683-6000<br><br>Keith Miller<br>keithmiller@paulhastings.com<br>75 East 55th Street<br>New York, New York 10022<br>(212) 318-6000<br><br>James D. Wareham<br>jameswareham@paulhastings.com<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 551-1700<br><br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

      I, William F. Sullivan, do hereby certify that on June 27, 2008, a true and correct copy of the foregoing Notice of Motion and Motion for Protective Order Staying Discovery was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                                WILLIAM F. SULLIVAN

LEGAL_US_E # 79633258.2