UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD D. KASSOVER, CHRIS JONES STEPHEN M. MITTMAN, RONALD E. KLOKKE, JAN SCHNEIDER, MARJORIE ELLIOTT, RITA TUBIS and HELENA TUBIS on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | No.08-cv-02753 (LMM) (KNF) |
| In re UBS AUCTION RATE SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No. 08-cv-02967 (LMM) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR LIMITED CONSOLIDATION OF THE *KASSOVER* ACTION WITH
THE PREVIOUSLY ORDERED CONSOLIDATION OF THE EXCHANGE
ACT CASES, AND APPOINTMENT OF SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C. AS INTERIM CLASS COUNSEL WITH RESPECT TO
THE INVESTMENT ADVISER ACT AND COMMON LAW CLAIMS**

| | |
|---|---|
| **SCHOENGOLD SPORN LAITMAN & LOMETTI , P.C**<br>  Samuel P. Sporn (SPS-4444)<br>  Joel P. Laitman (JL-8177)<br>  Frank R. Schirripa (FS-1960)<br>19 Fulton Street, Suite 406<br>New York, New York 10038<br>Telephone: (212) 964-0046<br>Facsimile (212) 267-8137<br><br>*Attorneys for Plaintiff and*<br>*Proposed Interim Class Counsel* | **FINKELSTEIN THOMPSON, LLP**<br>  Burton H. Finkelstein, Esq.<br>  Donald J. Enright, Esq.<br>  Michael G. McLellen, Esq.<br>  Elizabeth K. Tripodi, Esq.<br>1050 30th Street, N.W.<br>Washington, D.C. 20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br><br>*Attorneys for Plaintiffs Rita Tubis*<br>*and Helena Tubis* |

PLEASE TAKE NOTICE that Plaintiffs Ronald D. Kassover, Chris Jones, Stephen M. Mittman, Ronald Klokke, Jan Schneider, Marjorie Elliott, Rita Tubis and Helena Tubis (collectively "Kassover Plaintiffs" or "Movants"), by their counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York to Order (filed herewith) limited consolidation of this action with the previously consolidated Exchange Act cases, *In re UBS Auction Rate Securities Litigation*, No. 08-cv-2967, and the appointment of Movants' selection of law firm of Schoengold Sporn Laitman & Lometti, P.C. ("SSLL") as Interim Class Counsel with respect to the Investment Advisers Act and state law claims pursuant to Fed. R. Civ. P. 23(g)(2) and (3). In support of this Motion, Movants submit herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Frank R. Schirripa, dated July 3, 2008.

Dated: July 3, 2008
      New York, New York

Respectfully submitted,

**SCHOENGOLD SPORN LAITMAN & LOMETTI , P.C.**

    /s/ Samuel P. Sporn
  Samuel P. Sporn (SPS-4444)
  Joel P. Laitman (JL-8177)
  Frank R. Schirripa (FS-1960)
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile (212) 267-8137

*Attorneys for Plaintiffs and*
*Lead Counsel for the Proposed Class*

Of Counsel:

**FINKELSTEIN THOMPSON, LLP**
  Burton H. Finkelstein, Esq.
  Donald J. Enright, Esq.
  Michael G. McLellen, Esq.
  Elizabeth K. Tripodi, Esq.

1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis
and Helena Tubis*

**CERTIFICATE OF SERVICE**

I, Frank R. Schirripa, one of the counsel for Plaintiffs in the above-referenced action, do hereby certify that on July 3, 2008, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

    __/s/ Frank R. Schirripa_____
    Frank R. Schirripa